Ronald Wilcox, #176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486

Brian L. Bromberg
Brian L. Bromberg, P.C.
40 Exchange Place, Suite 604
New York, NY 10005
Tel: (212) 248-7906
Fax: (212) 248-7908

Lance A. Raphael
Stacy M. Bardo
180 West Washington, Suite 700
Chicago, IL 60602
Tel: (312) 782-5808
Fax: (312) 377-9930

Attorneys for PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATHAN BRACKEN, on behalf of himself and all others similarly situated, | NO. C 02-05146 RMW (PVT) |
| | Plaintiff's Motion to Compel |
| Plaintiff, | Date: January 13, 2004 |
| v. | Time: 10:00 a.m. |
| | Court: 280 S. 1st St, San Jose, CA |
| HARRIS & ZIDE L.L.P., | Courtroom #5, 4th Floor |
| ROBERT T. HARRIS, FLINT C. ZIDE, FRANK TIRRE, | |
| | Magistrate Judge: |
| Defendants. | Hon. Patricia V. Trumbull |

## Motion to Compel

1.   Plaintiff served written discovery requests on March 28, 2003.

2.   Defendants objected to 17 of the 18 interrogatories and 20 of the 21 production requests using bald, unsubstantiated boilerplate objections.  Plaintiff moves for an order

1  compelling Defendants to:

2      (A)    Respond to Interrogatories 2, 7, 8, 11, 14, and 18;

3      (B)    Respond to Production Requests 1, 2, 5, 6, 7, 8, 14, and 15;

4      (C)    Produce all redacted computer logs and documents.

5  Dated: December 9, 2003

                              Respectfully submitted,

                              Brian L. Bromberg, P.C.

                              /s/ Brian L. Bromberg
                              Brian L. Bromberg