UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| **NATHAN BRACKEN,** | ) | NO. C 02-05146 RMW (PVT) |
| on behalf of himself and | ) | |
| all others similarly situated, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| **HARRIS & ZIDE L.L.P.,** | ) | |
| **ROBERT T. HARRIS, FLINT C. ZIDE,** | ) | |
| **FRANK TIRRE,** | ) | |
| **Defendants.** | ) | |

### Certification of Plaintiff's Attorney Brian L. Bromberg

I, Brian L. Bromberg, state that the following documents in support of Plaintiff's Motion to Compel are attached:

1. <u>Exhibit A</u> -- Plaintiff's First Amended Complaint

2. <u>Exhibit B</u> -- Defendants' Answer to Plaintiff's Complaint

3. <u>Exhibit C</u> -- Plaintiff's First Set of Written Discovery

4. <u>Exhibit D</u> -- Defendants' Responses to Discovery

5. <u>Exhibit E</u> -- Plaintiff's May 27, 2003 letter

6. <u>Exhibit F</u> -- Defendants' December 5, 2003 letter

7. <u>Exhibit G</u> -- Copy of *Pullen v. Arrow Financial Services, LLC*, D. Conn., No. 02-CV-647 (D. Conn. Oct. 17, 2002)

8. <u>Exhibit H</u> -- "Law Offices of Harris & Zide, L.L.P. Account Detail Report"

9. <u>Exhibit I</u> -- "Defendants' Privilege Log"

Under 28 U.S.C. §1746, I, Brian L. Bromberg, certify under penalties of perjury, that the above statements are true and correct.

Dated: December 9, 2003

/s/ Brian L. Bromberg
Brian L. Bromberg