UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| NATHAN BRACKEN, | ) | Case No.: C02-05146 RMW |
| | ) | |
| Plaintiff, | ) | Class Action |
| | ) | |
| vs. | ) | |
| | ) | |
| HARRIS & ZIDE, L.L.P. ROBERT T. HARRIS, FLINT C. ZIDE, FRANK TIRRE, | ) ) | |
| | ) | |
| Defendants. | ) ) ) | |

**Certification of Plaintiff's Attorney Brian L. Bromberg in
Further Support of Plaintiff's Motion to Compel**

I, Brian L. Bromberg, state that the following documents in support of Plaintiff's Reply Memorandum in Further Support of Plaintiff's Motion to Compel are attached:

1. <u>Exhibit A</u> – Defendants' August 15, 2002 letter to Nathan Bracken

2. <u>Exhibit B</u> – Defendants' April 11, 2002 letter to Patricia Lidin

3. <u>Exhibit C</u> – Plaintiff's Third Set of Written Discovery Requests to Defendants

4. <u>Exhibit D</u> – Copy of the 2001 article, "Is Your Attorney Meaningfully Involved in Your Collection Process?"

5. <u>Exhibit E</u> – Copy of Declaration of Robert T. Harris in Support of Motion to Dismiss the Amended Complaint of Nathan Bracken Pursuant to FRCP Rule 12(b)(6) or, Alternatively, Motion for Summary Judgment [FRCP 56]

Certification of Plaintiff's Attorney Brian L. Bromberg in Further
Support of Plaintiff's Motion to Compel, C02-05146 RMW PVT

1       6.    <u>Exhibit F</u> – Copy of Defendants' "Account Detail Report"

2      Under 28 U.S.C. §1746, I, Brian L. Bromberg, certify under penalties of perjury, that the

3 above statements are true and correct.

4 Dated:  New York, New York

5           January 5, 2004

6

7                                       /s/Brian L. Bromberg
                                         Brian L. Bromberg

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Certification of Plaintiff's Attorney Brian L. Bromberg in Further
Support of Plaintiff's Motion to Compel, C02-05146 RMW PVT