LAW OFFICE OF
# HARRIS & ZIDE, L.L.P.
1445 HUNTINGTON DRIVE, SUITE 300
SOUTH PASADENA, CALIFORNIA 91030
(626) 799-8444

ROBERT T. HARRIS
FLINT C. ZIDE
ARTHUR W. SHWACHMAN
DEBT COLLECTION ATTORNEYS

4145                              08/15/02

NATHAN L BRACKEN
1147 AYALA ST
APT 4
SUNNYVALE, CA 94086-5716

Re: CITIBANK SOUTH DAKOTA, N.A.   Account # 4128004047657912
    Total Balance Due: $3,298.38

Dear NATHAN L BRACKEN:

We represent CITIBANK SOUTH DAKOTA, N.A.. Your account has been referred to us for action to collect the above balance due on your CITIBANK SOUTH DAKOTA, N.A. account.

This letter is purely a courtesy on our part to give you an opportunity to pay this claim and thus avoid a lawsuit. Please understand that WE ARE A LAW FIRM RETAINED BY THE REFERENCED CLIENT TO FILE SUIT TO COLLECT THIS DEBT IF NECESSARY. Our approach is not to threaten action it is to TAKE action. This is not the first in a series of collection letters, no other notice will be given prior to filing suit.

Unless you contact the legal assistant listed below and arrange to pay the balance due, court action may be commenced against you.

The law suit against you will request judgment for principal balance due, unpaid interest, court costs including filing fees, (currently $80.00+) service of process fees and other court costs and, where appropriate, attorneys fees which can be substantial.

Unless you notify us within thirty days after receipt of this letter that the validity of this debt, or any portion of it, is disputed we will assume that the debt is valid. If you do notify us of a dispute, we will obtain verification of the debt and mail it to you. If the above creditor is not your original creditor and you submit a written request within the 30 day period for the name of the original creditor, we will supply such information to you. This communication is an attempt to collect a debt, and information obtained will be used for that purpose. We are debt collection attorneys.

Please call FRANK TIRRE at (626) 799-8444 today.

Sincerely,

ROBERT T. HARRIS / FLINT C. ZIDE
ATTORNEY

EXHIBIT A