# HARRIS & ZIDE, L.L.P

1445 HUNTINGTON DRIVE, SUITE 300
SOUTH PASADENA, CALIFORNIA 91030
(626) 799-8444

ROBERT T. HARRIS
FLINT C. ZIDE
ALEX L. SWIA
DEBT COLLECTION ATTORNEYS

APRIL 11, 2002

PAULINA LIDIN,

639 GUERRERO ST #3
SAN FRANCISCO, CA 94110

Re: NEXTCARD   Account # 4254983001937889
    Total Balance Due:   $3219.77

DEAR PAULINA LIDIN,

We represent NEXTCARD. Your account has been
referred to us for legal action to collect the above balance due on your
account(s) with my client.

This letter is purely a courtesy on our part to give you an opportunity
to pay this claim and thus avoid a lawsuit. Please understand that
WE ARE A LAW FIRM RETAINED BY THE REFERENCED CLIENT TO FILE SUIT
TO COLLECT THIS DEBT IF NECESSARY. Our approach is not to threaten action
it is to TAKE action. This is not the first in a series of collection
letters, no other notice will be given prior to filing suit.

Unless you contact the legal assistant listed below and arrange to pay
the balance due, court action may be commenced against you.

The law suit against you will request judgment for principal balance due,
unpaid interest, court costs including filing fees, (currently $80.00+)
service of process fees and other court costs and attorney's fees which
will be substantial.

Unless you notify us within thirty days after receipt of this letter that
the validity of this debt, or any portion of it, is disputed we will
assume that the debt is valid. If you do notify us of a dispute, we
will obtain verification of the debt and mail it to you. If the above
creditor is not your original creditor and you submit a written request
within the 30 day period for the name of the original creditor, we will
supply such information to you. This communication is an attempt to
collect a debt, and information obtained will be used for that purpose.
We are debt collection attorneys.

Please call MR CERVANTES at (626) 799-8444 today.

Sincerely,

ROBERT T. HARRIS / FLINT C. ZIDE
Attorney at Law
327924  048

EXHIBIT C