Ronald Wilcox, #176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486

Brian L. Bromberg
Brian L. Bromberg, P.C.
40 Exchange Place, Suite 604
New York, NY 10005
Tel: (212) 248-7906
Fax: (212) 248-7908

Lance A. Raphael
Stacy M. Bardo
180 West Washington
Suite 700
Chicago, IL  60602
Tel: (312) 782-5808
Fax: (312) 377-9930

Attorneys for PLAINTIFF

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | | |
|---|---|---|
| NATHAN BRACKEN,<br>on behalf of himself and<br>all others similarly situated,<br><br>               Plaintiff,<br>v.<br><br>HARRIS & ZIDE L.L.P.,<br>ROBERT T. HARRIS, FLINT C. ZIDE,<br>FRANK TIRRE,<br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. C 02-05146 PVT<br><br><br>CLASS ACTION<br>JURY DEMANDED |

### PLAINTIFF'S THIRD SET OF WRITTEN DISCOVERY REQUESTS
### *(DOCUMENT PRODUCTION REQUESTS)* TO DEFENDANTS

Plaintiff Nathan Bracken propounds on Defendants Harris & Zide, LLC, Robert T. Harris, and Flint C. Zide, (collectively, the "Defendants"), these written discovery requests, under Federal Rules of Civil Procedure 33 and 34, to be answered within 30 days after service. "You" and "your" refer to the Defendants. These discovery demands are continuing so as to require supplementary answers if you obtain further information between the time answers are served and the time of trial.

The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

The term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a), including, without limitation, electronic or computerized data compilations. A draft or non-identical copy is a separate document within the meaning of this term.

When referring to a person, "to identify" means to give the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment.

When referring to documents, "to identify" means to give the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s) and recipient(s).

The term "concerning" means relating to, referring to, describing, evidencing or constituting.

Unless otherwise specified, the applicable time period for all requests is January 1, 1999 through the present.

## *GENERAL INSTRUCTIONS*

- **IF YOU HAVE AN OBJECTION TO A REQUEST, ESPECIALLY FOR "VAGUENESS," "BREADTH," OR "RELEVANCE," CALL US, WE ARE WILLING TO TRY TO LIMIT THE REQUEST OR EXPLAIN AN AMBIGUITY. FEDERAL RULE OF CIVIL PROCEDURE 26 REQUIRES US TO ATTEMPT TO WORK OUT PROBLEMS.**

- **IF YOU DO NOT UNDERSTAND A WORD OR SENTENCE, CALL US. OBJECTIONS CAN BE ELIMINATED BY A SINGLE PHONE CALL.**

- **GENERAL OBJECTIONS ARE NOT ALLOWED UNDER THE FEDERAL RULES OF CIVIL PROCEDURE. WE WILL MOVE TO STRIKE OBJECTIONS NOT SPECIFICALLY DIRECTED TO A PARTICULAR REQUEST. PLEASE SAVE US THE EFFORT AND MAKE YOUR OBJECTIONS SPECIFIC TO A PARTICULAR REQUEST.**

- **REQUESTS COVER ALL INFORMATION IN YOUR CUSTODY OR CONTROL.**

- **PLAINTIFF WILL SEEK A PRECLUSIONARY ORDER FOR OMITTED INFORMATION.**

- **OBJECTIONS AS TO PRIVILEGE ARE INVALID UNLESS ACCOMPANIED BY A PRIVILEGE LOG AS CONTEMPLATED BY RULE 26(b)(5).**

### *PLAINTIFF'S REQUEST FOR THE PRODUCTION OF DOCUMENTS*

The Plaintiff requests that Defendants Harris & Zide, L.L.P., Robert T. Harris, and Flint C. Zide, (collectively, the "Defendants") produce the following documents at the office of Plaintiff's attorney, Ronald Wilcox, at 2160 The Alameda, First Floor, Suite F, San Jose CA 95126, within 30 days. All documents must be Bates-stamped.

These discovery demands are continuing so as to require supplementary answers if you obtain further information between the time answers are served and the time of trial.

Copies will be made and the originals returned unless other arrangements are made. Please see the first set of interrogatories for instructions and definitions.   If there are no such

documents, please so state.   If there are such documents, please list appended documents responsive to each request.

1.      All documents transmitted <u>to</u> Defendants concerning Patricia Lidin's alleged debts on or before the date Defendants first communicated with the Plaintiff.

2.      All documents transmitted <u>to</u> Patricia Lidin by or on behalf of Defendants concerning Plaintiff's alleged debts.

3.      All documents transmitted to Defendants by or on behalf of Patricia Lidin's creditors concerning Patricia Lidin's alleged debt(s).

4.      All documents concerning authorization to represent Patricia Lidin's alleged creditors.

5.      All telephone records concerning communications between Defendants and Patricia Lidin on each date of communication or attempted communication.

6.      All documents concerning Patricia Lidin's alleged debts and Defendants' efforts to investigate and collect thereon, including internal collection records, audit records, and correspondence.

7.      All collection records maintained by Defendants concerning Patricia Lidin's accounts, with a key to abbreviations used thereon, such as codes for letters, personnel, activities.

8.      All documents, logs, and correspondence concerning Patricia Lidin's alleged debts to creditors.

Dated: New York, New York
       December 15, 2003


Respectfully Submitted,

The Plaintiff by

BRIAN L. BROMBERG, P.C.

By _____
                    Brian L. Bromberg

**<u>Attorneys for Plaintiff</u>**
Ronald Wilcox
2160 The Alameda, First Floor, Suite F
San Jose CA 95126
(408) 296-0400

Brian L. Bromberg
Brian L. Bromberg, P.C.
40 Exchange Place, Suite 604
New York, NY 10005
(212) 248-7906

Lance A. Raphael
Stacy M. Bardo
180 West Washington
Suite 700
Chicago, IL 60602
(312) 782-5808

## CERTIFICATE OF SERVICE

I, Ronald Wilcox, an attorney, hereby certify that I caused to be served on the following counsel(s) of record the attached Plaintiff's *Third Set of Written Discovery* on December 15, 2003 by Facsimile and Regular First Class Mail to:

Attn: June Coleman, Esq.
Murphy, Pearson, Bradley & Feeney
701 University Ave, Suite 150
Sacramento CA 95825
Fax: (916) 565-1636

Dated: New York, New York
December 15, 2003

_____
Brian L. Bromberg

-6-