Report Date: 11/06/02
06/02
LAW OFFICES OF HARRIS & ZIDE, L.L.P.
Page No. 2
15:22.10
Case5:02-cv-05146-RMW Document016 Filed01/05/04 Page1 of 2
ACCOUNT DETAIL REPORT
CLIENT NUMBER: 10008 - CCSI-CLSSC BANKCARD VISA

### Primary Debtor Information

ACKEN, NATHAN L
4 VERBENA DRIVE
ST PAOLO ALTO, CA  94303
8-735-1903

Account Number: 4128004047657912
Date Listed: 08/14/02
Placed Amount:       3,298.38
Current Balance:     3,298.38
Internal Number: 10008.010.2421

### Narratives:

| Date | Time | User ID | Trans Code | Description | Next Date |
|------|------|---------|------------|-------------|-----------|
| /26/02 | 10:23 | FRANK | TRN<br>EMPV<br>VBANK | CALLED HOME PHONE FOR DEBTOR 1 VERIFIED DEBTOR'S EMPLOYMENT VERIFIED DEBTOR'S BANK INFORMATION AND WILL CALL BACK. ADVSD DB WE WL F/S TILL THN. | |
| /26/02 | 10:19 | FRANK | MIR | FDCPA/MIRANDA LANGUAGE GIVEN ON 08/26/02 | |
| /15/02 | 18:06 | L-PROC | LTR-A1200 | LETTER NO. A1200 (INITIAL DEMAND/RIGHT TO CURE LETTER) PRINTED AND SENT 08/15/02 | |
| /15/02 | 17:58 | ROBERT | ATTYREV | ACCOUNT REVIEWED BY ATTORNEY ROBERT T. HARRIS AND APROVED FOR INITIAL DEMAND LETTER | |
| /15/02 | 17:49 | AUTORESP | ACK | ACCOUNT ACKNOWLEDGEMENT | |
| /14/02 | 09:00 | CCSI | FFT | CHARGE-OFF AMOUNT: $3,298.38 | |
| /14/02 | 09:00 | CCSI | FFT | NEW PLACEMENT RECEIVED AT ATTORNEY | |
| /06/02 | 09:00 | CCSI | FFT | AS | 1147 AYALA DR APT 4 | 94086 POE| | BI | | PR | URBE | |
| /17/02 | 09:00 | CCSI | FFT | LAST COMMENT: LIT  HP408-735-1903 SPK W/OTH ML  HP408-735-1903 SPK W/OTH MAN | |

H&Z 0001

**Primary Debtor Information:**

ACKEN, NATHAN L
VERBENA DRIVE
PAOLO ALTO, CA 94303
-735-1903

Account Number: 4128004047657912
Date Listed: 08/14/02
Placed Amount: 3,298.38
Current Balance: 3,298.38
Internal Number: 10008.010.2421

**Narratives:**

| ate | Time | User ID | Trans Code | Description | Next Date |
|---|---|---|---|---|---|
| 9/02 | 16:09 | GABRIEL | TDA | TELEPHONED DEBTOR'S ATTORNEY. NOTES OF CONVERSATION:LEFT MESSAGE | |
| 07/02 | 15:46 | FLINT | TDA | TELEPHONED DEBTOR'S ATTORNEY. NOTES OF CONVERSATION:LFT MSG TO CALL | |
| 22/02 | 18:43 | FRANK | TDA | TELEPHONED DEBTOR'S ATTORNEY. NOTES OF CONVERSATION:LMTC 4 REP 2 C/B. WE ND POA LTR. | |
| 12/02 | 10:13 | FRANK | TDA | TELEPHONED DEBTOR'S ATTORNEY. NOTES OF CONVERSATION:LMTC 4 REP "STYLES". | |
| 11/02 | 16:50 | FRANK | RCFDA | RECV CALL FROM DEBTORS ATTY - DEMI IDD HE SND POA LTR B4 ANY LIT SHALL CMMNCE. | |
| 10/02 | 09:09 | ERICK | FFT | RECEIVED CALL FROM MR. STYLES W/ DEBT RESCUE #562-256-1023 ASKED THAT YOU CALL HIM BACK. | |
| 27/02 | 16:04 | FRANK | LTR-A1205 | LETTER NO. A-1205 (NOTICE PAYMENT NOT RECIEVED AS AGREED) - PRINTED AND SENT 08/27/02. | |
| 27/02 | 16:03 | FRANK | TRN | CALLED HOME PHONE FOR DEBTOR 1 ATTEMPTED CONTACT AND GOT NO ANSWER | |
| 27/02 | 16:03 | FRANK | TBN | CALLED POE PHONE FOR DEBTOR 1 ATTEMPTED CONTACT AND LEFT MSG ON VOICE MAIL | |

HZ 0002