RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Lance Raphael (admitted pro hac vice)
Consumer Advocacy Center, P.C.
180 W. Washington St., Suite 700
Chicago, IL 60602
Tel: 312-782-5808

Brian Bromberg (admitted pro hac vice)
Brian Bromberg P.C.
40 Exchange Place, Suite 604
New York, NY 10005
Tel: 212-248-7906

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATHAN BRACKEN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS & ZIDE, L.L.P., ROBERT T. HARRIS, FLINT C. ZIDE, AND FRANK TIRRE,<br><br>Defendants. | Case No.: 02-05146 RMW PVT<br><br>**AMENDED STATEMENT OF RECENT DECISION AFFECTING JANUARY 13, 2004 HEARING ON DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**<br><br>**(Correct hearing date is January 13, 2004, not January 14, 2004)** |

Defendants have filed a Motion for a Protective Order to prevent plaintiff from discovering information from the co-trustee's of the Robert T. Harris Trust since the co-trustees had yet to be added to the case as defendants. The hearing is set for January 13, 2004 before Judge Trumbull.

Plaintiff hereby files this statement of recent decision pursuant to Local Rule 7-3 to inform Judge Trumbull that on January 8, 2004, Judge Whyte e-filed his decision indicating that

STATEMENT OF RECENT DECISION

"the court grants plaintiff leave to substitute for defendant Robert T. Harris the co-trustees of the Robert T. Harris Trust, currently listed as Robyn Carol Marshall and Roseanne Cheryl Zide." Judge Whyte's decision appears on the court docket as document number 107.

Dated: 1/9/04                                /s/_____
                                             Ronald Wilcox, Counsel for Plaintiff

STATEMENT OF RECENT DECISION