UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN BRACKEN,<br><br>    Plaintiff,<br><br>v.<br><br>HARRIS AND ZIDE, L.L.P., et al.,<br><br>    Defendants. | Case No.: C 02-05146 RMW (PVT)<br><br>**ORDER RE PLAINTIFF'S MOTION TO COMPEL** |

On January 13, 2004, the parties appeared before Chief Magistrate Judge Patricia V. Trumbull for hearing on Plaintiff's Motion to Compel.[1] Based on the briefs and arguments submitted,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED as to Interrogatory Nos. 2 & 18, and Document Request Nos. 1, 14 & 15. Defendants shall review all documents they have withheld on grounds of privilege, and shall produce any non-privileged information and documents. Defendants shall also provide a revised privilege log which lists separately each item withheld, the name of the author, the name of each recipient (if any), the general nature of the item, and the privilege(s) claimed. In conducting their review, Defendants shall keep in mind that only confidential information exchanged between an attorney and his client for the purpose of rendering legal advice is covered by the attorney-client privilege. Information that a client supplies with the intent that the attorney disclose the information to another is not privileged.

IT IS FURTHER ORDERED that Plaintiff's motion is GRANTED as to Interrogatory No. 7.

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

Defendants shall amend their answer to clarify that regardless of how the term "collection letters" is defined, no such letters were sent out on Harris & Zide letterhead in 2001.

IT IS FURTHER ORDERED that Plaintiff's motion is DENIED as to Interrogatory No. 8, without prejudice to Plaintiff re-propounding an interrogatory that defines the term "collection letters."

IT IS FURTHER ORDERED that Plaintiff's motion is GRANTED as to Interrogatory No. 11. Defendants shall provide an estimated percentage of their collection matters in which they filed a lawsuit. The parties shall meet and confer to agree on the temporal parameters of the interrogatory.

IT IS FURTHER ORDERED that Plaintiff's motion is GRANTED as to Interrogatory No. 14, except that it is limited to Harris & Zide personnel as of August 15, 2002.

IT IS FURTHER ORDERED that Plaintiff's motion is deemed MOOT as to Document Request Nos. 2 & 5 based on the parties' resolution of these disputes.

IT IS FURTHER ORDERED that Plaintiff's motion is DENIED IN PART and GRANTED IN PART as to Document Request No. 6. Defendants need not produce a copy of the manual, as copies are available for Plaintiff to purchase from American Collectors Association, Inc. However, Plaintiff's counsel may inspect the original of Defendant's copy of the manual at Defense counsel's offices.

IT IS FURTHER ORDERED that Plaintiff's motion is DENIED as to Document Request No. 7 because this dispute is not yet ripe. The parties shall meet and confer further after Defendant provides the supplemental responses to interrogatories compelled herein.

IT IS FURTHER ORDERED that Plaintiff's motion is DENIED as to Document Request No. 8.

IT IS FURTHER ORDERED that Defendants shall complete as much as the supplementation ordered herein no later than 9:30 a.m. on Monday, January 19, 2004.

Dated:  *1/13/04*

                 */s/ Patricia V. Trumbull*
                 PATRICIA V. TRUMBULL
                 United States Magistrate Judge